# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STEPHEN C. CATHA** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO:** |
| **VERSUS** | * | |
| | * | **SECTION:** |
| **MARINA DEL RAY, L.L.C., and** | * | |
| **XYZ  INSURANCE COMPANY** | * | **MAGISTRATE:** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORIGINAL COMPLAINT

The Original Complaint of Stephen C. Catha, a person of the full age of majority and a resident and domiciliary of the County of Harris, State of Texas, respectfully represents:

1.

## PRELIMINARY STATEMENT

This is a civil action brought on behalf of Petitioner, Stephen C. Catha, seeking to recover damages incurred as a result of severe bodily injuries and damages sustained as a result of Petitioner striking his head on an "I" beam while attempting to refuel his motor boat at Marina del Ray, L.L.C., on the Tchefuncta River in Madisonville, Louisiana on or about May 22, 2011.

2.

## STATEMENT OF JURISDICTION

This Honorable Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 and/or § 1441, as the citizenship of the parties hereto is diverse and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.  More particularly, Petitioner, Stephen C. Catha, is a citizen of the State of Texas and Defendant, Marina del Ray, L.L.C., is incorporated under the laws of the State of Louisiana, with its principal places of business being in Madisonville, Louisiana.

3.

## PARTIES

The Petitioner to this cause of action is Stephen C. Catha, a person of the full age of majority and at all times relevant hereto a resident and domiciliary of the County of Harris, State of Texas.

4.

The Defendants to this cause of action are as follows:

A.  **MARINA DEL RAY, L.L.C.,** a limited liability company incorporated under the laws of the State of Louisiana, with its principal place of business being in Madisonville, Louisiana, who at all times relevant hereto was authorized to do and was doing business within the jurisdictional boundaries of the United States District Court for the Eastern District of Louisiana, on or about, prior to and since, May 22, 2011, with Robert G. Claitor, 3165 South Acadian Thruway, Baton Rouge, Louisiana 70808, as its registered agent upon whom citation and service are to be made;

B.  **XYZ INSURANCE COMPANY,** a fictitious name for a  liability insurance company who, upon information and belief provided liability insurance to Marina del Ray at all times relevant hereto and that was authorized to do and was doing business within the jurisdictional boundaries of the United States District Court for the Eastern District of Louisiana, on or about, prior to and since, May 22, 2011, with the Louisiana Secretary of State as its agent upon whom citation and service are to be made.

5.

That at all times pertinent hereto, Defendant, XYZ Insurance Company**,** had in full force and effect a policy of liability insurance under the terms of which Defendant, Marina del Ray, L.L.C., was the named insured and which provided insurance coverage for the acts and omissions made the basis of this lawsuit.  The precise terms and numbers embodied in said policy or policies of insurance are incorporated herein by reference and are specifically pled as if set forth in extenso;

6.

Defendant, XYZ Insurance Company, is made a Defendant herein directly pursuant to the provisions of the Louisiana Direct Action statute, LSA-R.S. 22:1269, *et seq.*;

7.

The above named and described Defendants are bound jointly, severally and in solido unto your Petitioner, Stephen C. Catha, in an amount fair and reasonable under the premises, together with legal interest thereon until paid, and for all costs of these proceedings, including attorney's fees, for the following reasons, to-wit:

8.

**FACTUAL ALLEGATIONS AND CLAIMS FOR RELIEF**

On or about May 22, 2011, Petitioner, Stephen C. Catha, was boating on the Tchefuncta River in Madisonville, Louisiana. That day, at approximately 12:00 p.m., Petitioner backed his motor boat up to the fuel dock owned and operated by Defendant, Marina del Ray, L.L.C., to refuel his boat.

9.

As Petitioner, Stephen C. Catha, backed his motor boat to the fuel dock, he was assisted by

two Marina del Ray, L.L.C., employees, whose job was to help customers approaching the fuel dock tie off their boats in preparation of refueling. As Petitioner approached the fuel dock, each of the two Marina del Ray, L.L.C., employees held a separate rope affixed to Petitioners boat.

10.

After successfully backing his boat up to the fuel dock and while the Marina del Ray, L.L.C., employees were holding the ropes affixed to Petitioner's boat, Petitioner, Stephen C. Catha, attempted to step off of his motor boat and onto the fuel dock; however, as Petitioner stepped up toward the fuel dock he struck the top of his head on an exposed metal I-beam which was suspended above the dock.

11.

Upon information and belief, said I-beam is a component part of a construction project which, upon completion, will result in an expansion to the fuel dock owned and operated by Defendant, Marina del Ray. The fuel dock and the I-beam are owned, operated and maintained by Defendant, Marina del Ray, L.L.C.

12.

Petitioner, Stephen C. Catha, was unaware of the unreasonably dangerous condition presented by the steel I-beam suspended over the fuel dock as there were no posted notices or warning signs and Petitioner was not warned of the dangerous condition.

13.

Neither one of the Marina del Ray, L.L.C., employees that held the ropes affixed to Petitioner's boat warned Petitioner of the existence of the steel I-beam prior to Petitioner striking his head on the steel I-beam.

14.

The impact of Petitioner's head with the steel I-beam caused Petitioner, Stephen C. Catha, to experience severely painful and debilitating bodily injuries, including but not limited to, a fractured skull, nerve damage, and shock and injury to his nervous system and psyche, the final sequella of which is currently unknown.

15.

The exposed steel I-beam is a vice and/or defect of construction of which Defendant, Marina del Ray, L.L.C., had actual and/or constructive notice.

16.

Defendant, Marina del Ray, L.L.C., could have prevented the damages sustained by Petitioner, Stephen C. Catha, by exercising reasonable care and failed to exercise such reasonable care thereby causing the damages made the basis of this suit.

17.

Upon information and belief, Defendant, Marina del Ray, L.L.C., had actual notice and/or actual knowledge and/or constructive knowledge of the hazardous condition(s) posed by the exposed steel I-beam and failed to take reasonable measures to warn individuals, including Petitioner, Stephen C. Catha, of said hazardous condition.

18.

Petitioner, Stephen C. Catha, specifically pleads that the incident and resulting injuries made the basis of this suit were caused by the negligence, carelessness and recklessness of Defendant, Marina del Ray, L.L.C., and Louisiana Civil Code Articles 2315, 2316, 2317, 2317.1 and 2320 are specifically pled herein as if set out in extenso.

19.

Defendant, Marina del Ray, L.L.C., is vicariously liable for the negligence of its employees pursuant to the doctrine of respondeat superior, as the two Marina del Ray, L.L.C., employees who held the ropes affixed to Petitioner's boat did not warn Petitioner of the existence of the exposed steel I-beam, nor did said employees warn Petitioner of the danger presented by the existence of the exposed steel I-beam.

20.

The sole and proximate cause of the incident forming the basis of this suit and the disabling injuries and damages sustained by Petitioner, Stephen C. Catha, as a result thereof, was the gross and wanton negligence, carelessness and recklessness of Defendant, Marina del Ray, L.L.C., in the following non-exclusive particulars, to-wit:

a) Failing to maintain a safe environment for customers, patrons and individuals stepping onto the fuel dock from boats;

b) Careless disregard for the safety of its customers and patrons;

c) Negligently failing to properly maintain the fuel dock;

d) Negligently failing to establish and/or enforce policies and procedures designed to prevent the type of incident detailed herein;

e) Creating and/or having actual and/or constructive knowledge of a condition which presented an unreasonable risk of harm to its customers, patrons and individuals, which was reasonably foreseeable prior to Petitioner's injury;

f) Failing to exercise due care;

g) Negligently allowing an unreasonably dangerous condition to exist;

h) Failing to post signs that warn customers, patrons and individuals of the existence of the exposed steel I-beam in order to avoid incidents and injuries;

i) Failing to require Marina del Ray employees working on the dock to warn individuals such as Petitioner of the existence of the exposed steel I-beam in order to avoid incidents and injuries;

j)    Any and all other acts and/or omissions which give rise to liability that shall be proven upon the trial of this cause; all of which are in violation and contravention of the exercise of due care and prudence and the laws of the State of Louisiana and the Parish of St. Tammany, which are specifically incorporated herein as though set out herein in extenso.

21.

Defendants, Marina del Ray, L.L.C., and XYZ  Insurance Company are liable jointly, severally and in solido unto your Petitioner,  Stephen C. Catha, for the damages and losses sustained by Petitioner, Stephen C. Catha, as a result of striking his head on the exposed steel I-beam, which damages are itemized and non-exclusively set out hereafter.

22.

### DAMAGES

Your Petitioner, Stephen C. Catha**,** itemizes his elements of damages as follows:

a.)    Past, present and future physical pain and suffering;

b.)    Past, present and future mental anguish;

c.)    Past, present and future medical expenses;

d.)    Loss of earnings and/or earning capacity;

e.)    Attorney's fees and costs;

f.)    All other damages which shall be proven at the trial of this matter.

23.

Petitioner, Stephen C. Catha, is therefore entitled to damages for the items set forth above in such amounts as are fair and reasonable in the premises, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, including penalties and attorney's fees.

24.

The damages sustained by your Petitioner, Stephen C. Catha, exceed $75,000.00, exclusive of legal interest, costs and attorney's fees.

25.

Inasmuch as the allegations contained in the foregoing paragraphs are inconsistent, they are deemed to have been pled in the alternative;

26.

That your Petitioner, Stephen C. Catha, avers amicable demand, to no avail.

## PRAYER FOR RELIEF

**WHEREFORE,** your Petitioner, Stephen C. Catha, respectfully prays:

1.   That Defendants, Marina del Ray and XYZ Insurance Company, be served with a copy of this Original Complaint and be duly cited to appear and answer same and served according to law on Defendants:

   a.)   **MARINA DEL RAY**, L.L.C., by and through its agent for service of process, Robert G. Claitor, 3165 South Acadian Thruway, Baton Rouge, Louisiana 70808

   b.)   **XYZ INSURANCE COMPANY**, service of process should be held until such time Petitioner learns the actual name and identity of this Defendant, if ever.

2.   That after the lapse of all legal delays and proceedings had, there be judgment entered herein in favor of Petitioner, Stephen C. Catha, and against Defendants, Marina del Ray and XYZ Insurance Company, jointly, severally and in solido in an amount fair and reasonable under the premises of this matter;

3.   For legal interest thereon on all amounts awarded from the date of judicial demand until paid, plus all costs of these proceedings and attorney's fees;

4.   For all necessary orders and decrees as may be required or are proper in the premises and for full general and equitable relief amenable under the circumstances.

Respectfully Submitted,

[s/] D. Douglas Howard, Jr.

_____
**D. DOUGLAS HOWARD, JR. (La. Bar No. 7021)**
ddhowardjr@bellsouth.net
**JONATHAN C. PEDERSEN (La. Bar No. 32290)**
jcpedersen@howardandreed.com
839 St. Charles Avenue, Suite 306
New Orleans, Louisiana 70130
Telephone (504) 581-3610
Facsimile  (504) 581-7509
**ATTORNEYS FOR PETITIONER,
STEPHEN C. CATHA**