UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| STEPHEN C. CATHA | * CIVIL ACTION NO. 2:12-cv-01304 |
| VERSUS | * SECTION: "R" (2) |
| MARINA DEL RAY, L.L.C., ET AL | * CHIEF JUDGE: SARAH S. VANCE |
|  | * MAG. JUDGE: JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the Motion and Order to Dismiss, With Prejudice,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Motion to Dismiss be and is hereby GRANTED, dismissing plaintiff's Complaint, with prejudice, at each party's costs

Signed this 22nd day of ____May____, 2013 in New Orleans, Louisiana.

_Sarah Vance_
UNITED STATES DISTRICT JUDGE